# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RICK L. SCOTT & TERESA L. SCOTT  Case Number: 03-76190
201 HUNT CLUB MANOR  SSN-xxx-xx-2393 & xxx-xx-2603
RIDGELEY, WV 26753

|  |  |
|---|---|
| Case filed on: | 12/2/2003 |
| Plan Confirmed on: | 3/22/2004 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $58,680.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
|  | Total Legal | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
| 202 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 232 | THE BRICE LEGAL GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 5,737.25 | 5,737.25 | 5,737.25 | 0.00 |
|  | Total Priority | 5,737.25 | 5,737.25 | 5,737.25 | 0.00 |
| 999 | RICK L. SCOTT | 0.00 | 0.00 | 835.94 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 835.94 | 0.00 |
| 001 | MAZDA AMERICAN CREDIT | 12,529.00 | 12,529.00 | 12,529.00 | 2,887.90 |
| 002 | SUNTRUST MORTGAGE INC | 9,317.24 | 9,317.24 | 9,317.24 | 0.00 |
| 003 | WFS FINANCIAL | 6,370.00 | 6,370.00 | 6,370.00 | 899.87 |
|  | Total Secured | 28,216.24 | 28,216.24 | 28,216.24 | 3,787.77 |
| 001 | MAZDA AMERICAN CREDIT | 5,087.83 | 5,087.83 | 5,087.83 | 0.00 |
| 003 | WFS FINANCIAL | 6,416.14 | 6,416.14 | 6,416.14 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 458.60 | 458.60 | 458.60 | 0.00 |
| 005 | ABSOLUTE COLLECT SVC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BELLSOUTH N. CAROLINA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COM ED | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CREDIT FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | DR. PEDRO DEGUZMAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DUKE POWER COMPANY | 601.34 | 601.34 | 601.34 | 0.00 |
| 012 | FORD MOTOR CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | HONOR CREDITORS AG | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | INSIGHT COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | IREDELL MEMORIAL HOSPITAL | 921.34 | 921.34 | 921.34 | 0.00 |
| 016 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | LAKE NORMAN ANESTHESIA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | LAKE NORMAN REGIONAL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | LINDSEY AND SCHRIMSHER P.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MECKLENBURG RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MEDICAL REVENUE SVS. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | NATIONWIDE RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | PIEDMONT HEALTH CARE | 230.88 | 230.88 | 230.88 | 0.00 |
| 024 | ROCKFORD CARDIOLOGY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCKFORD HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | SPARTAN FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ROCKFORD MERCANTILE AGENCY INC | 342.03 | 342.03 | 342.03 | 0.00 |
| 029 | WAVE COMMUNICATIONS ACQUISITION | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | TERRA CREEK APARTMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | CODY SCOTT | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ROCKFORD MERCANTILE AGENCY INC | 583.30 | 583.30 | 583.30 | 0.00 |
|  | Total Unsecured | 14,641.46 | 14,641.46 | 14,641.46 | 0.00 |
|  | Grand Total: | 50,094.95 | 50,094.95 | 50,930.89 | 3,787.77 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | |
|---|---|
| Total Paid Claimant: | $54,718.66 |
| Trustee Allowance: | $3,961.34 |
| Percent Paid Unsecured: | 100.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007              By  /s/Heather M. Fagan